

1  **AKERMAN SENTERFITT LLP**
   JUSTIN D. BALSER (SBN 213478)
2  Email: justin.balser@akerman.com
   725 South Figueroa Street, 38th Floor
3  Los Angeles, California 90017-5433
   Telephone: (213) 688-9500
4  Facsimile: (213) 627-6342

5  Attorneys for Defendants
   AURORA BANK FSB (*erroneously sued as*
6  *Aurora Commercial Services*), and
   NATIONSTAR MORTGAGE LLC (*erroneously sued as*
7  *Nationstar Mortgage Properties, LLC*)

FILED
CLERK, U.S. DISTRICT COURT

APR 24 2013

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

8              UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11  PILAR MINA and DIPANKAR ROY,          Case No. **CV 13-02883-DDP (CWx)**

12                Plaintiffs,             **NOTICE OF REMOVAL OF**
                                          **ACTION TO FEDERAL COURT**
13  v.                                    **BASED ON FEDERAL QUESTION**
                                          **JURISDICTION**
14

15  AURORA BANK, FSB; AURORA              [28 U.S.C. §§ 1331]
    COMMERCIAL SERVICES, a division of
16  AURORA BANK, FSB, Form Unknown;       [Los Angeles County Superior Court
    and DOES 1 through 100 inclusive,     Case No. 12A08773]
17
                  Defendants.
18                                        Complaint Filed: November 20, 2012
                                          Trial Date:      None
19

20

21  **TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

22       Defendants Aurora Bank FSB, *erroneously sued as Aurora Commercial*

23  *Services*) (**Aurora Bank**) and Nationstar Mortgage LLC, *erroneously sued as*

24  *Nationstar Mortgage Properties, LLC*) (**Nationstar**) (collectively, **defendants**)

25  pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby remove this action from the

26

27  _____
    [1] Plaintiffs have filed three DOE amendments purporting to name Nationstar Mortgage LLC,
28  Nationstar Mortgage Properties, LLC and Selene Finance LP. They have not however since amended
    the caption.
    {26283156;1}

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Superior Court of the County of Los Angeles, to the United States District Court for the Central District of California, and state as follows:

## I.   STATEMENT OF THE CASE

1.   On November 20, 2012, an action was commenced in the Superior Court of the County of Los Angeles, styled *Pilar Mina and Dipankar Roy v. Aurora Bank, FSB, et al.,* Case No. 12A08773 (**State Court Action**).  A copy of the complaint in the State Court Action is attached hereto as part of **Exhibit 1**.

2.   Plaintiffs Pilar Mina and Dipankar Roy (**plaintiffs**) assert three causes of action, which they characterize as follows: (1) Violation of California Civil Code Section 1785.31 et. seq.; (2) Negligence; and (3) Civil Liability for Negligent Noncompliance Violation of U.S.C. Section 1681o.

## II.   BASIS FOR REMOVAL JURISDICTION

### A.   Federal Question

1.   This Court also has jurisdiction over this matter under 28 U.S.C. § 1331 because plaintiffs' claims arise under the laws of the United States.  A case arises under federal law where the vindication of a right under state law necessarily turns on some construction of federal law.  *Franchise Tax Bd. v. Construction Laborers Vacation Tr.,* 463 U.S. 1, 9 (1983).

2.   "[A]n action 'arises under' federal law 'if in order for the plaintiff to secure the relief sought he will be obliged to establish both the correctness and the applicability to his case of a proposition of federal law.'"  *Franchise Tax Board v. Construction Laborers Vacation Trust,* 463 U.S. 1, 9 (1983) (quoting Hart and Wechsler's *The Federal Courts and the Federal System,* at 889 (2d ed. 1973)).  Adjudication of plaintiffs' complaint requires an analysis and construction of federal law, namely plaintiffs' claim in the third cause of action that defendants violated the Fair Credit Reporting Act (**FCRA**), 15 U.S.C. § 1681o, *et seq.*  (*See* Comp. ¶¶ 26-28, Third Cause of Action.)

3.    Plaintiffs allege defendants violated the FCRA, codified at 15 U.S.C. § 1681, *et seq.*, by incorrectly reporting to credit reporting bureaus that their mortgage payments were untimely. (*Id.*)

4.    This Court has supplemental jurisdiction over the remaining state law claims because they "form part of the same case or controversy." 28 U.S.C. § 1367(a). A state claim is part of the same case or controversy if it shares a "common nucleus of operative fact" with the federal claim, and if they would normally be tried together. *E.g., Trustees of the Constr. Indus. & Laborers Health & Welfare Trust v. Desert Valley Landscape Maint., Inc.*, 333 F.3d 923, 925 (9th Cir. 2003). The facts related to plaintiffs' state law claim are intertwined with and based upon their allegations of wrongdoing under the federal statutes listed above. The Court should therefore extend supplemental jurisdiction over all of plaintiffs' state law claims.

## III.    ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

1.    Removal of this action is timely. Nationstar was served with a copy of the complaint on March 25, 2013. This action has been removed within 30 days of such service.

2.    There is no record of service on Aurora Bank FSB.

3.    Selene Finance LP, previously named as DOE 2, was served with a copy of the complaint on March 8, 2013. Selene consents to this removal. A copy of defendant Selene's consent to removal is attached hereto as **Exhibit 2**.

4.    The remaining DOE 4 through 100 defendants have not been named or served, and their consent is therefore not required. *Salveson v. Western States Bankcard Ass'n,* 731 F.2d 1423, 1428 (9th Cir. 1984), *overruled on other grounds by Ethridge v. Harbor House Restaurant,* 861 F.2d 1389 (9th Cir. 1988), *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1193 n.1 (9th Cir. 1988) (the requirement for consent applies "only to defendants properly joined and served in the action.").

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

{26283156;1}

CASE NO. TBD

5.     Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, and orders on file in the State Court Action are attached hereto as **Exhibit 1**.

6.     Written notice of the filing of this notice of removal will be given to plaintiffs.

7.     A copy of this notice will be promptly filed with the Clerk of the Superior Court of Los Angeles County.

## IV. CONCLUSION

1.     By this notice of removal and the associated attachments, defendants do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses or objections they may have to this action.   Defendants intend no admission of fact, law or liability by this notice, and expressly reserve all defenses, motions and/or pleas.   Defendants pray that the State Court Action be removed to this Court, that all further proceedings in the state court be stayed, and that defendants receive all additional relief to which they are entitled.

Dated: April 24, 2013

AKERMAN SENTERFITT LLP

By: _____
    Justin D. Balser
    Attorneys for Defendants
    AURORA BANK FSB AND
    NATIONSTAR MORTGAGE LLC

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

{26283156;1}

# EXHIBIT 1

11/19/2012  17:15   18189934577                    ROY LEGAL GROUP                        PAGE  03

**FILED**

LOS ANGELES SUPERIOR COURT

NOV 2 0 2012

JOHN A. CLARKE, CLERK

BY NANCY K. BRENT
Filed by FAX

NOV 2 0 2012

Frank P. Agello, Esq. (204471)
ROY LEGAL GROUP
8345 Reseda Boulevard, Suite 222
Northridge, CA 91324
Telephone: (818) 993-3300
Facsimile: (818) 993-4577
E-mail: roylegalgroup@gmail.com

91344

Attorneys for Plaintiffs

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES – NORTH VALLEY DISTRICT

LIMITED JURISDICTION

| | |
|---|---|
| PILAR MINA and DIPANKAR ROY, <br><br> Plaintiffs, <br><br> v. <br><br> AURORA BANK, FSB; AURORA COMMERCIAL SERVICES, a division of AURORA BANK, FSB, Form Unknown; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.: ___12A08773___ <br><br> **COMPLAINT** <br><br> 1. VIOLATION OF CALIFORNIA CIVIL CODE SECTION 1785.31 ET. SEQ.; <br> 2. NEGLIGENCE; <br> 3. CIVIL LIABILITY FOR NEGLIGENT NONCOMPLIANCE VIOLATION OF U. S. C. SECTION 1681 |

**GENERAL ALLEGATIONS**

Plaintiffs PILAR MINA ("Mina") and DIPANKAR ROY ("Roy"), collectively known herein as "Plaintiffs" allege as follows:

**Parties:**

1. Plaintiffs Mina and Roy are individuals and residents of the County of Los Angeles, State of California.

1

COMPLAINT

ENTERED ON-LINE #23

DEC 0 5 2012

11/19/2012  17:15    18189934577              ROY LEGAL GROUP                    PAGE  04

2. At all times herein mentioned, Defendant AURORA BANK, FSB ("ABF") is a Federal Savings Bank, doing business in the State of California.  Defendant ABF was originally called "Lehman Brothers, FSB" until it went through a change of name effective April 27, 2009.  Thus, Defendant ABF has the same liabilities and obligations as Defendant LBBF.

3. At all times herein mentioned, defendant AURORA COMMERCIAL SERVICES, a division of AURORA BANK ("ACS") is a division of Defendant ABF, as well as its loan servicer.  Defendant ACS' business form is unknown.

4. Plaintiff is uncertain of the true names or capacities of other AURORA defendants, who are agents or employees of the above AURORA defendants, sued herein as DOES 1 to 100, inclusive, and therefore names them by such fictitious names.  Plaintiff will amend this complaint to reflect the true names and capacities of the DOE AURORA defendants once the same has been ascertained.

## FACTUAL BACKGROUND

5. At all times herein mentioned, Plaintiff Roy has two accounts (xxxxxx9451 and xxxxxx9840) with AURORA defendants LBBF and ABF for a home loan regarding a real property located at 8935 Moorcroft Avenue, Canoga Park, CA 91304 ("Moorcroft").

6. At all times herein mentioned, Plaintiff Mina has one account (xxxxxx5184) with AURORA defendants LBBF and ABF for a home loan regarding a real property located at 17208 Los Alimos, Granada Hills, CA 91344 ("Los Alimos").

7. Payments for each aforementioned accounts have a payment due date for the first (1st) of each month and a grace period until the sixteenth (16th) of each month.

8. On February 15, 2012, Plaintiffs sent mortgage payments for all three accounts, mentioned above in paragraphs 5 and 6, for the month of February 2012 to defendant ABF via United States Postal Service ("USPS") Overnight Express Mail in one envelope.

9. On February 16, 2012, at 10:23 am in Denver, Colorado, McKey, an employee and agent

of Defendant ABF, signed as receiving Plaintiffs' envelope containing the payments for the month of February 2012. This is within the 16-day grace period.

10.     Plaintiff Roy received confirmation through the USPS that the payment was sent and received as described above (Exhibit 1).

11.     On March 2, 2012, Plaintiff Roy contacted Defendant ABF by phone due to uncleared checks in Plaintiff's bank account. Defendant ABF informed Plaintiff Roy that payments were not received. Plaintiff Roy faxed a letter after the phone call (Exhibit 2) with the confirmation by the USPS attached as proof of delivery.

12.     On March 15, 2012, Plaintiffs sent mortgage payments for the above three accounts, mentioned in paragraphs 5 and 6, for the month of March 2012 to defendant ABF via USPS Overnight Express Mail.

13.     On March 16, 2012, at 10:49 am in Littleton, Colorado, McKelvy(unknown if he is the same as McKey mentioned in paragraph 9 above), an employee and agent of Defendant ABF, signed as receiving Plaintiffs' envelope containing the payments for the month of March 2012. This is within the 16-day grace period. However, AURORA defendants processed these three payments as February payments, ignoring the March 2, 2012 phone call and the subsequent faxed letter with proof of delivery, mentioned in paragraph 11 above.

14.     On March 28, 2012, plaintiffs telephoned ABF and they insisted that they did not receive the three February 2012 payments irrespective of their signature of receiving the envelope on February 16, 2012. Plaintiffs had no choice but to make three new payments for the three accounts with additional processing charges and late fees.

15.     On April 13, 2012, Plaintiffs sent a dispute letter to ABF, disputing bad credit reported to the three Credit Bureaus because ABF had actual timely receipt of the February 2012 payments and should restore Plaintiffs good credit immediately.

16.     ABF has failed to correct the bad credit.

WHEREFORE, Plaintiff requests relief as hereinafter provided.

11/19/2012  17:15    18189934527                ROY LEGAL GROUP                    PAGE  06

**FIRST CAUSE OF ACTION**
VIOLATION OF CALIFORNIA CIVIL CODE SECTION 1785.31 ET. SEQ.
(Against all DEFENDANTS)

17.    Plaintiffs allege and incorporate by reference as if fully set forth herein paragraphs 1 through 16, inclusive.

18.    California Civil Codes Sections 1785.3 et. seq. fall under "California Consumer Credit Reports". Here, plaintiffs, as consumers, suffered damages as a result of bad credit reports given to the three credit bureaus by AURORA defendants.

19.    Plaintiffs disputed these reports in good faith, providing proof of received mailed documents for the month of February 2012. However, AURORA defendants did not correct these reports for the following ninety (90) days and presently, violating plaintiffs' rights.

WHEREFORE, PLAINTIFF requests relief as hereinafter provided.

**SECOND CAUSE OF ACTION**
NEGLIGENCE
(Against all DEFENDANTS)

20.    Plaintiffs allege and incorporate by reference as if fully set forth herein paragraphs 1 through 19, inclusive.

21.    AURORA defendants had the duty to correct the bad credit that it reported to the three credit bureaus after plaintiffs disputed it and showed AURORA defendants that they timely received plaintiffs' February 2012 payments.

22.    AURORA defendants, with use of employees or agents, signed the proof of receiving mailed documents but failed to accept and properly process accepted payments.

23.    AURORA defendants' negligence accumulated late fees to plaintiffs accounts regardless of plaintiffs' disputes and provision of proof of receipt payments.

COMPLAINT

11/19/2012  17:15    18189934577                    ROY LEGAL GROUP                    PAGE  07

1  Furthermore, AURORA defendants provided bad credit reports to the three credit
2  bureaus.

3  24.      AURORA defendants' negligence caused plaintiffs injury by an amount to be
4  proven at trial.

6  WHEREFORE, PLAINTIFF requests relief as hereinafter provided.

7  ### THIRD CAUSE OF ACTION
8  CIVIL LIABILITY FOR NEGLIGENT NONCOMPLIANCE
   VIOLATION OF U. S. C. Section 1681o
9  (Against all DEFENDANTS)

10  25.      Plaintiffs allege and incorporate by reference as if fully set forth herein
11  paragraphs 1 through 24, inclusive.

12  26.      The above section applies to the AURORA defendants who failed to comply with
13  the fair credit reporting act, U. S. C. Section 1681o.  AURORA defendants timely
14  received February and March 2012 payments as evidenced by their employee/agent's
15  signatures in the USPS Express Mail receipts. Thereafter, plaintiff notified AURORA
16  defendants of their mistake. Nevertheless, AURORA defendants compelled plaintiffs to
17  pay late fees and then reported plaintiffs to the three credit bureaus as being late in their
18  mortgage payments in February and March 2012.

19  27.      Plaintiffs disputed in writing with attached proof of timely receiving mailed
20  February 2012 payments with a specified time, date and agent and/or employee of
21  AURORA defendants. AURORA defendants ignored plaintiffs' dispute and failed to
22  properly correct the submitted bad credit report to the three credit bureaus. AURORA
23  defendants conduct cause plaintiffs injuries.

24  28.      U. S. C. Section 1681o prescribes civil liability for negligent noncompliance
25  applicable to the AURORA defendants as delineated below.

27  WHEREFORE, PLAINTIFF requests relief as hereinafter provided.

28  ### PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF pray for judgement against defendants as follows:

**First Cause of Action: VIOLATION OF CALIFORNIA CIVIL CODE SECTION 1785.31 ET. SEQ**

1. Actual damages according to proof of trial

2. Costs of suit

3. Attorney fees

4. Pain and suffering.

**Second Cause of Action: NEGLIGENCE**

1. General damages

2. Special damages

3. Costs of suit

4. Such other relief as the Court finds just and proper.

**Third Cause of Action: CIVIL LIABILITY FOR NEGLIGENT NONCOMPLIANCE VIOLATION OF U. S. C. Section 1681o**

1. Actual damages

2. Costs of suit

3. Attorney Fees

Date: November 19, 2012                           ROY LEGAL GROUP


                                                  FRANK P. AGELLO, ESQ.
                                                  Attorney for Plaintiffs

6

COMPLAINT

11/19/2012  17:15    18189934527                    ROY LEGAL GROUP                    PAGE  09

# Exhibit 1

11/19/2012  17:15    18189934527          ROY LEGAL GROUP              PAGE  10

**UNITED STATES POSTAL SERVICE**    Attachment 1

Date: 02/25/2012

D ROY:

The following is in response to your 02/25/2012 request for delivery information on your Express Mail(R) item number EI15 1555 611U S. The delivery record shows that this item was delivered on 02/16/2012 at 10:23 AM in DENVER, CO 80217 to M MCKEY. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

11/19/2012  17:15    1818993452          ROY LEGAL GROUP                    PAGE  11

# Exhibit 2

**From the Desk of**
**Dipankar Roy**
(818) 993-5216

March 2, 2012

Dear Sir/Madam,

Pursuant to my conversation with your representative today, March 2, 2012, I am promptly faxing this letter to 303 728 7648.

The attached paperworks from United States Postal Service shows that you received in time, payments from me for the following loans on time on February 16, 2012:

| | | |
|---|---|---|
| 1. Account #0046199451 | $5,422.19 |
| 2. Account #0046199840 | $722.41 |
| 3. Account #0123905184 | $3,370.63 |

It is signed by your representative together with the delivery address being Aurora Loan. However, you have failed to cash these checks. I believe it is your internal problem for this failure.

On Monday next week, March 5, 2012, I will follow up to see if you want replacement checks sent to you.

Thank you.

Sincerely,

Dipankar Roy

11/19/2012  17:15     18189934577                    ROY LEGAL GROUP                         PAGE  13



**UNITED STATES**
**POSTAL SERVICE.**

*Attachment 1*

Date: 02/25/2012

D ROY:

The following is in response to your 02/25/2012 request for delivery information on your Express Mail(R) item number EI15 1555 611U S. The delivery record shows that this item was delivered on 02/16/2012 at 10:23 AM in DENVER, CO 80217 to M MCKEY. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

11/19/2012 17:15 18189934577 ROY LEGAL GROUP PAGE 14

CM-010

| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):* | **FOR COURT USE ONLY** |
|---|---|

Frank P. Agello, Esq. (SBN 204471)
Roy Legal Group, APC
8345 Reseda Blvd. Suite 222, Northridge, CA 91324

TELEPHONE NO.: (818) 993 3300   FAX NO.: (818) 993 4577
ATTORNEY FOR *(Name):* Plaintiffs, Pilar Mina and Dipankar Roy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 9425 Penfield Ave.
MAILING ADDRESS: 9425 Penfield Ave.
CITY AND ZIP CODE: Chatsworth 91311
BRANCH NAME: North West Valley - Chatsworth Courthouse

CASE NAME: Mina. et. al. v Aurora Bank, FSB, et. al.

**FILED**
LOS ANGELES SUPERIOR COURT

NOV 20 2012

JOHN A. CLARKE, CLERK

BY NANCY K. BRENT

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|---|
| ☐ Unlimited | ☑ Limited | ☐ Counter   ☐ Joinder | **12A08773** |
| (Amount demanded exceeds $25,000) | (Amount demanded is $25,000 or less) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:   DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation** (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | ☐ Antitrust/Trade regulation (03) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | ☐ Other collections (09) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Insurance coverage (18) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | ☐ Other contract (37) | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | **Real Property** | ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| ☐ Other PI/PD/WD (23) | ☐ Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | **Enforcement of Judgment** |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | ☐ Enforcement of judgment (20) |
| ☐ Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| ☐ Defamation (13) | ☐ Commercial (31) | ☐ RICO (27) |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | **Miscellaneous Civil Petition** |
| ☐ Professional negligence (25) | **Judicial Review** | ☐ Partnership and corporate governance (21) |
| ☑ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Other petition *(not specified above)* (43) |
| **Employment** | ☐ Petition re: arbitration award (11) | |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):* Three (3)
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: October 16, 2012   11/19/12

Frank P. Agello, Esq.
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov
www.accesslaw.com

11/19/2012 17:15 18189934527 ROY LEGAL GROUP PAGE 15

| SHORT TITLE Mina et. al. v Aurora Bank, FSB et. al. | CASE NUMBER 12A08773 |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

Item I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☐ YES   CLASS ACTION? ☐ YES   LIMITED CASE? ☑YES   TIME ESTIMATED FOR TRIAL 2   ☑ HOURS/ ☐ DAYS

Item II. Indicate the correct district and courthouse location (4 steps – if you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check one Superior Court type of action in Column B below which best describes the nature of this case.

**Step 3:** In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

FILED
LOS ANGELES SUPERIOR COURT
NOV 2 0 2012
JOHN A. CLARKE, CLERK
BY MARY K. BRENT

| Applicable Reasons for Choosing Courthouse Location (see Column C below) |
|---|
| 1. Class actions must be filed in the Stanley Mosk Courthouse, central district. |
| 2. May be filed in central (other county, or no bodily injury/property damage). |
| 3. Location where cause of action arose. |
| 4. Location where bodily injury, death or damage occurred. |
| 5. Location where performance required or defendant resides. |
| 6. Location of property or permanently garaged vehicle. |
| 7. Location where petitioner resides. |
| 8. Location wherein defendant/respondent functions wholly. |
| 9. Location where one or more of the parties reside. |
| 10. Location of Labor Commissioner Office |

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| Other Personal Injury/Property Damage/Wrongful Death Tort | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 2. |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1., 4. |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1., 4. |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 4. |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1., 3. |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 4. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

Local Rule 2.0
Page 1 of 4

| SHORT TITLE: Mina et. al. v Aurora Bank, FSB et. al. | CASE NUMBER |
|---|---|

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| | Other (35) | ☑ A6025  Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Contract** | Breach of Contract/ Warranty (06) (not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2., 5. |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012  Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1., 2., 3., 5. |
| | | ☐ A6031  Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation     Number of parcels_____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 8. |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032  Quiet Title | 2., 6. |
| | | ☒ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 8. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

11/19/2012  17:15   18189934527                    ROY LEGAL GROUP                    PAGE  17

| SHORT TITLE: Mina et. al. v Aurora Bank, FSB et. al. | | CASE NUMBER |
|---|---|---|

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2., 8. |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2., 9. |
| | | ☐ A6160  Abstract of Judgment | 2., 6. |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1., 2., 8. |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment | 2., 3., 9. |
| | | ☐ A6123  Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190  Election Contest | 2. |
| | | ☐ A6110  Petition for Change of Name | 2., 7. |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☐ A6100  Other Civil Petition | 2., 9. |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

11/19/2012 17:15 18189934527 ROY LEGAL GROUP PAGE 18

| SHORT TITLE: Mina et. al. v Aurora Bank, FSB et. al. | CASE NUMBER |
|---|---|

**Item III.** Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3** on Page 1, as the proper reason for filing in the court location you selected.

| REASON: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case.<br><br>□1. □2. □3. □4. □5. ☑6. □7. □8. □9. □10. | ADDRESS:<br>17208 Los Alimos St. |
|---|---|

| CITY:<br>Granada Hills | STATE:<br>CA | ZIP CODE:<br>91344 |
|---|---|---|

**Item IV.** *Declaration of Assignment:* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the <u>Chatsworth</u> courthouse in the <u>North West Valley</u> District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

Dated: <u>November 19, 2012</u>

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).

5. Payment in full of the filing fee, unless fees have been waived.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

11/19/2012 17:15 1818993457? ROY LEGAL GROUP ( PAGE 02



Filed by FAX
NOV 20 2012

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

AURORA BANK, FSB; AURORA COMMERCIAL SERVICES, a division of
AURORA BANK, FSB, Form Unknown; and DOES 1 through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

PILAR MINA and DIPANKAR ROY

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**FILED**
LOS ANGELES SUPERIOR COURT

NOV 20 2012

JOHN A. CLARKE, CLERK

BY NANCY K. BRENT

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* Chatsworth Courthouse <br> Superior Court of California, County of Los Angeles <br> 9425 Penfield, Avenue, Chatsworth, CA 91311 - North Valley District | **CASE NUMBER:** <br> *(Número de Caso):* <br> **12A08773** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Frank P. Agello, Esq.: 8345 Reseda Boulevard, Suite 222, Northridge, CA 91324; Telephone: (818)993-3300

| DATE: <br> *(Fecha)* NOV 20 2012 | JOHN A. CLARKE Clerk, by <br> *(Secretario)* | NANCY BRENT | , Deputy <br> *(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adapted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
www.accesslaw.com

| | |
|---|---|
| **_Superior Court of California, County of Los Angeles_**<br>North Valley District, Chatsworth Courthouse<br>9425 Penfield Avenue, Chatsworth, CA  91311 | **FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>NOV 2 0 2012<br><br>JOHN A. CLARKE, CLERK<br>~~NCB~~<br>BY NANCY K. BRENT |
| PLAINTIFF | |
| DEFENDANT | |
| **NOTICE OF ALL PURPOSE CASE ASSIGNMENT and<br>NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>**12A08773** |

**Notice of Civil Assignment:**                                 **Dept. F46**

      Plaintiff/Attorney(s) for Plaintiff are hereby ORDERED to serve a copy of this Notice on all parties at the time of service of the complaint and summons.  Cross-complainants and plaintiffs-in-intervention are ordered to serve a copy on each new party brought into the case.  This case is randomly assigned to **Judge John Kralik** for all purposes, in **Department F46** of the North Valley District of this Court.  All law and discovery matters must be calendared directly with the judicial assistant or court assistant in Department F46 by calling (818) 576-8430 between the hours of 9:30 a.m. to noon and from 1:30 p.m. to 4:00 p.m. Monday through Friday.

**Notice of Case Management Conference:**   All parties are ordered to appear at a Case Management Conference in **Department F46** at the courthouse address shown above at **8:30 a.m.** on

                                           **Date:**   MAR 1 6 2013

### ***NOTICE:  READ PAGE 2 OF 2 FOR IMPORTANT INFORMATION

**You are hereby notified that failure of any party to comply with these Orders may result in sanctions, including dismissal of the complaint and/or striking a pleading, such as an answer, and payment of money. This Order continues on Page 2 of 2. You are further given notice that failure to comply with the provisions of California Rules of Court, Rule 3.110 will result in the setting of an OSC re sanctions.  Please read Rule 3.110 and page 2 of this Notice, and all applicable rules and statutes mentioned.**

Dated:   NOV 2 0 2012                             **Hon. Melvin D. Sandvig, Asst. Supervising Judge**

**CERTIFICATE OF SERVICE**

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to this action and that on    NOV 2 0 2012    served the Notice of All Purpose Case Assignment and Notice of Case Management Conference upon each party or counsel named below:

☐   by personally giving the party notice upon filing of the complaint.

☐ ' by depositing in the United States mail at the courthouse at Chatsworth, California, one copy of the original filed herein in a separate sealed envelope to each address shown on page 2 herein with postage fully prepaid.

Date:   NOV 2 0 2012                 John A. Clarke, Executive Officer/Clerk

                                        By                                , Deputy Clerk
                                         NANCY BRENT

                       **Notice of All Purpose Case Assignment and Case Management Conference**

All counsel and/or self-represented parties must be fully knowledgeable on all applicable statutes, California Rules of Court ["CRC"] and all Local Rules of the Los Angeles Superior Court ["LASC"] including Chapter 7 thereof. All CRC and LASC Rules will be enforced. So please, READ THE RULES! For your convenience, some of the more significant rules are summarized below.

### Service of Complaints and Cross-Complaints  (CRC 3.110(b) and (c))

The complaint must be served on all named defendants and proofs of service on those defendants must be filed with the court within 60 days after the filing of the complaint. When the complaint is amended to add a defendant, the added defendant must be served and proof of service must be filed within 30 days after the filing of the amended complaint. A cross-complaint against a party who has appeared in the action must be accompanied by proof of service of the cross-complaint at the time it is filed. If the cross-complaint adds new parties, the cross-complaint must be served on all parties and proofs of service on the new parties must be filed within 30 days of the filing of the cross-complaint.

### Requests for Default (CRC 3.110 (g) and (h))

Requests to enter clerk's default relating to a defendant or cross-defendant who has failed to timely respond to a complaint or cross-complaint shall be filed no later than 10 days after the time has run within which said defendant or cross-defendant was to have responded. When a default is entered, the party who requested the entry of default must obtain a default judgment against the defaulting party within 45 days after entry of default, unless the Court has granted an extension of time.

### Case Management Conference Statements and Conferences (CRC 3.720 – 3.730)

You are hereby given NOTICE that: No later than 30 calendar days before the date set for the Case Management Conference or review, the parties shall meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 and 3.727. No later than 15 calendar days before the date set for the Case Management Conference or review, each party must file a case management statement using Judicial Council Form CM-110, and serve it on all parties in the case. (CRC 3.725). At the case management conference, counsel and self-represented parties shall appear and be fully prepared to discuss all of the matters set forth in CRC 3.724 and 3.727, and the court may make orders concerning all of the matters set forth in CRC 3.728. At the Case Management Conference, the Court may make pretrial orders including, but not limited to, establishing a discovery schedule, reference to a form of alternate dispute resolution, RECLASSIFYING THE CASE AS A LIMITED JURISDICTION case [Stern v. Superior Court (2003) 105 Cal.App. 4th 223], dismissing unserved defendants, setting the case for mandatory settlement conference, final status conference, trial, and other hearings, and to achieve the goals of the Trial Court Delay Reduction Act, Govt. Code section 68600 et seq. Failure to file a CM-110, timely file a CM-110, comprehensively complete the CM-110, appear at the Case Management Conference, or effectively participate in the Case Management Conference, may result in the Court imposing sanctions (including dismissal of the action, striking of an answer, and monetary sanctions) pursuant to CRC 2.30, LASC Chapter 7, Code of Civ. Proc. sections 177.5 and 583.150, and Govt. Code section 68608(b).

### OSC re Sanctions: An Order to Show cause hearing will be noticed pursuant to CRC Rule 3.110(f) for the failure to meet the time deadlines for service of the complaint and proof of service thereon. This OSC will be calendared between 70 and 85 days after the filing of the complaint unless there is service of the complaint as to all defendants and proof of service thereon filed in compliance with Rule 3.110. You are given NOTICE that at the hearing on the OSC, the Court will consider whether failure to comply with these rules will result in the issuance of sanctions, including dismissal for failure to prosecute (Code of Civ. Proc. section 583.150, Govt. Code section 68608(b), and CRC Rule 2.30) or, alternatively, why other actions should not be taken. At the hearing on the OSC the Court may (1) impose such sanctions as authorized by law and (2) make further appropriate orders regarding the preparation of the case for trial. Failure to attend the hearing on any such OSC may result in additional sanctions, including dismissal of the case. Responsive papers to such an OSC must be filed at least five calendar days before the hearing. See, CRC Rule 3.110(f).

Addresses for Mailing:

# COURT ADR PROGRAMS

**CIVIL:**

- Arbitration (non-binding) (Code Civ. Proc. §§ 1141.10-1141.31, Cal. Rules of Court, rules 3.810-3.830, and Local Rules, rule 3.252 e seq.)
- Mediation (Code Civ. Proc. §§ 1775-1775.15, Cal. Rules of Court, rules 3.850-3.860, 3.865-3.872 and 3.890-3.898, Evid. Code §§ 1115-1128, and Local Rules, rule 3.252 et seq.)
  - o Civil Harassment Mediation
  - o Eminent Domain Mediation (Code Civ. Proc. §1250.420)
  - o Small Claims Mediation
- Neutral Evaluation (Local Rules, rule 3.252 et seq.)
- Settlement Conference
  - o Voluntary Settlement Conference (Local Rules, rule 3.252 et seq.)
  - o Retired Judge Settlement Conference

**FAMILY (non-custody):**

- Arbitration (non-binding) (Fam. Code § 2554 and Local Rules, rule 5.18)
- Mediation (Local Rules, rule 5.18)
- Settlement Conference
  - o Forensic Certified Public Accountant (CPA)
  - o Spanish Speaking Settlement Conference

**PROBATE:**

- Mediation
- Settlement Conference

## NEUTRAL SELECTION

Parties may select an arbitrator, mediator, or evaluator from the Party Select Panel or may hire someone privately, at their discretion. If the parties utilize the Random Select Panel, the ADR staff will assign on a random basis the name of one neutral who meets the case criteria entered on the court's website.

## COURT ADR PANELS

| Party Select Panel | The Party Select Panel consists of arbitrators, mediators, and evaluators who have achieved a specified level of experience in court-annexed cases. The parties (collectively) are charged $150.00 per hour for the first three hours of hearing time. Thereafter, parties may stipulate in writing for additional hearing time at the rate established by the neutral. |
|---|---|
| Random Select Panel | The Random Select Panel consists of trained arbitrators, mediators, evaluators, and settlement officers who make themselves available pro bono as a way of supporting the judicial system. It is the policy of the Court that Random Select Panel neutrals provide three hours hearing time per case on a pro bono basis. Thereafter, parties may stipulate in writing for additional hearing time at the rate established by the neutral. |

## ADR ASSISTANCE

For assistance regarding ADR, please contact the ADR clerk at the courthouse in which your case was filed.

| | | | | | | |
|---|---|---|---|---|---|---|
| Antonovich | 42011 4th St. West | 1st Fl. | Lancaster, CA 93534 | 661-974-7275 | 661-945-6173 | AntelopeADR@lasuperiorcourt.org |
| Chatsworth | 9425 Penfield Ave. | 3100 | Chatsworth, CA 91311 | 818-576-8565 | 818-576-8733 | ChatsworthADR@lasuperiorcourt.org |
| Compton | 200 W. Compton Blvd. | 1002 | Compton, CA 90220 | 310-603-3072 | 310-223-0337 | ComptonADR@lasuperiorcourt.org |
| Glendale | 600 E. Broadway | 273 | Glendale, CA 91206 | 818-500-3160 | 818-548-5470 | GlendaleADR@lasuperiorcourt.org |
| Long Beach | 415 W. Ocean Blvd. | 316 | Long Beach, CA 90802 | 562-491-6272 | 562-437-3802 | LongBeachADR@lasuperiorcourt.org |
| Norwalk | 12720 Norwalk Blvd. | 308 | Norwalk, CA 90650 | 562-807-7243 | 562-462-9019 | NorwalkADR@lasuperiorcourt.org |
| Pasadena | 300 E. Walnut St. | 109 | Pasadena, CA 91101 | 626-356-5685 | 626-666-1774 | PasadenaADR@lasuperiorcourt.org |
| Pomona | 400 Civic Center Plaza | 106 | Pomona, CA 91766 | 909-620-3183 | 909-629-6283 | PomonaADR@lasuperiorcourt.org |
| San Pedro | 505 S. Centre St. | 209 | San Pedro, CA 90731 | 310-519-6151 | 310-514-0314 | SanPedroADR@lasuperiorcourt.org |
| Santa Monica | 1725 Main St. | 203 | Santa Monica, CA 90401 | 310-260-1829 | 310-319-6130 | SantaMonicaADR@lasuperiorcourt.org |
| Stanley Mosk | 111 N. Hill St. | 113 | Los Angeles, CA 90012 | 213-974-5425 | 213-633-5115 | CentralADR@lasuperiorcourt.org |
| Torrance | 825 Maple Ave. | 100 | Torrance, CA 90503 | 310-222-1701 | 310-782-7326 | TorranceADR@lasuperiorcourt.org |
| Van Nuys | 6230 Sylmar Ave. | 418 | Van Nuys, CA 91401 | 818-374-2337 | 818-902-2440 | VanNuysADR@lasuperiorcourt.org |

LAADR 005 (Rev. 01-12)
LASC Adopted 10-03
For Mandatory Use

**ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION**

Cal. Rules of Court, rule 3.221
Page 2 of 2

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Frank F. Agello, Esq.(SBN 204471)<br>Roy Legal Group, APC<br>8345 Reseda Blvd. Suite 222, Northridge, CA 91324 | STATE BAR NUMBER<br>SBN 204471 | **FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>JAN 17 2013<br><br>JOHN A. CLARKE, EXECUTIVE OFFICER/CLERK<br>BY ___ RH ___<br>R. HOOD, DEPUTY |
|---|---|---|

ATTORNEY FOR (Name): Plaintiffs, Pilar Mina and Dipankar Roy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:
9425 Penfield Ave., Chatsworth, CA 91311

PLAINTIFF:
Pilar Mina and Dipankar Roy

DEFENDANT:
AURORA BANK, FSB; AURORA COMMERCIAL SERVICES, et. al.

**AMENDMENT TO COMPLAINT**
**(Fictitious /Incorrect Name)**

Filed by FAX   JAN 17 2013

CASE NUMBER:
12A08773

ENTERED ON-LINE #21
JAN 22 2013

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
DEFENDANT DOE 3

and having discovered the true name of the defendant to be:

TRUE NAME
SELENE FINANCE, LP

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE<br>1/14/2013 | TYPE OR PRINT NAME<br>FRANK F. AGELLO | SIGNATURE OF ATTORNEY |
|---|---|---|

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

INCORRECT NAME

and having discovered the true name of the defendant to be:

TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|

**ORDER**

THE COURT ORDERS the amendment approved and filed.

_____
Dated

_____
Judicial Officer

LACIV 105 (Rev. 01/07)
LASC Approved 03-04

**AMENDMENT TO COMPLAINT**
**(Fictitious / Incorrect Name)**

Code Civ. Proc., §§ 471.5,
472, 473, 474

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: <br> Frank P. Agello, Esq. (SBN 204471) <br> Roy Legal Group, APC <br> 8345 Reseda Blvd. Suite 222, Northridge, CA 91324 | STATE BAR NUMBER <br> SBN 204471 | **FILED** <br> *Reserved for Clerk's File Stamp* <br> LOS ANGELES SUPERIOR COURT |
|---|---|---|

ATTORNEY FOR (Name): **Plaintiffs, Pilar Mina and Dipankar Roy**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:
9425 Penfield Ave., Chatsworth, CA 91311

PLAINTIFF:
Pilar Mina and Dipankar Roy

DEFENDANT:
AURORA BANK, FSB; AURORA COMMERCIAL SERVICES, et. al.

**JAN 17 2013**

JOHN A. CLARKE, EXECUTIVE OFFICER/CLERK

BY _____

R. HOOD, DEPUTY

Filed by Fax   **JAN 17 2013**

| **AMENDMENT TO COMPLAINT** <br> **(Fictitious /Incorrect Name)** | CASE NUMBER: <br> 12A08773 |
|---|---|

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
DEFENDANT DOE 2

and having discovered the true name of the defendant to be:

TRUE NAME
NATIONSTAR MORTGAGE PROPERTIES, LLC

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE <br> 1/14/2013 | TYPE OR PRINT NAME <br> FRANK P. AGELLO | SIGNATURE OF ATTORNEY <br> *Fra. P. S____* |
|---|---|---|

ENTERED ON-LINE #21   JAN 22 2013

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

INCORRECT NAME

and having discovered the true name of the defendant to be:

TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|

**ORDER**

THE COURT ORDERS the amendment approved and filed.

_____
Dated

_____
Judicial Officer

LACIV 105 (Rev. 01/07)
LASC Approved 03-04

**AMENDMENT TO COMPLAINT**
**(Fictitious / Incorrect Name)**

Code Civ. Proc., §§ 471.5,
472, 473, 474

Filed by FAX

JAN 17 2013

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Frank P. Agello, Esq. (SBN 204471)<br>Roy Legal Group, APC<br>8345 Reseda Blvd. Suite 222, Northridge, CA 91324 | STATE BAR NUMBER<br>SBN 204471 | Reserved for Clerk's File Stamp |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiffs, Pilar Mina and Dipankar Roy | | **FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>JAN 17 2013<br><br>JOHN A. CLARKE, EXECUTIVE OFFICER/CLERK<br>BY _____ RH<br>R. HOOD, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:
9425 Penfield Ave., Chatsworth, CA 91311

PLAINTIFF:
Pilar Mina and Dipankar Roy

DEFENDANT:
AURORA BANK, FSB; AURORA COMMERCIAL SERVICES, et. al.

| AMENDMENT TO COMPLAINT<br>(Fictitious /Incorrect Name) | CASE NUMBER:<br>12A08773 |
|---|---|

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
DEFENDANT DOE 1

and having discovered the true name of the defendant to be:

TRUE NAME
NATIONSTAR MORTGAGE, LLC

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE<br>1/14/2013 | TYPE OR PRINT NAME<br>FRANK P. AGELLO | SIGNATURE OF ATTORNEY<br>_F. P. G_ |
|---|---|---|

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

INCORRECT NAME

and having discovered the true name of the defendant to be:

TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|

ENTERED ON-LINE #21
JAN 22 2013

## ORDER

THE COURT ORDERS the amendment approved and filed.

_____        _____
Dated                                                    Judicial Officer

LACIV 105 (Rev. 01/07)
LASC Approved 03-04

**AMENDMENT TO COMPLAINT**
(Fictitious / Incorrect Name)

Code Civ. Proc., §§ 471.5,
472, 473, 474

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
NOTICE OF CASE ASSIGNMENT - LIMITED CIVIL CASE

Case Number

## 12A08773

Your case is assigned for all purposes to the judicial officer indicated below.

| ASSIGNED JUDGE | DEPT. | ROOM |
|---|---|---|
| ✓ Hon. John J. Kralik | F46 | 2400 |
| | | |
| | | |
| | | |
| | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record on ___NOV 2 0 2012___     JOHN A. CLARKE, Executive Officer/Clerk

By **NANCY BRENT**_____, Deputy Clerk

## Instructions For Handling Limited Civil Cases

The following critical provisions, as applicable in the __North Valley__ District are cited for your information.

**PRIORITY OVER OTHER RULES:** The priority of Chapter Seven of the LASC Local Rules over other inconsistent Local Rules is set forth in Rule 7.2(c) thereof.

**CHALLENGE TO ASSIGNED JUDGE:** To the extent set forth therein, Government Code section 68616(i) and Local Rule 7.5 control the timing of Code of Civil Procedure section 170.6 challenges.

**TIME STANDARDS:**   The time standards may be extended by the court only upon a showing of good cause. (Cal. Rules of Court, rule 3.110). Failure to meet time standards may result in the imposition of sanctions. (Local Rule 7.13).

Except for collections cases pursuant to California Rules of Court, rule 3.740, cases assigned to the Individual Calendar Court will be subject to processing under the following time standards:

**COMPLAINTS:** All complaints shall be served and the proof of service filed within 60 days after filing of the complaint.

**CROSS-COMPLAINTS:** Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints against parties new to the action must be served and the proof of service filed within 30 days after the filing of the cross-complaint. A cross-complaint against a party who has already appeared in the action must be accompanied by proof of service of the cross-complaint at the time it is filed. (Code Civ. Proc., § 428.50).

**CASE MANAGEMENT REVIEW:** A Case Management Review will be scheduled by the Court for no later than 180 days after the filing of the complaint. (Local Rule 7.9(a)(2)).

Pursuant to California Rules of Court, rules 3.720-3.730, no later than 15 calendar days before the date set for Case Management Review/Conference, each party (individually or jointly) must file and serve a Case Management Statement using the mandatory Judicial Council form No. CM-110.

**DEFAULTS** (Local Rule 9.10): If a responsive pleading is not served within the time to respond and no extension of time has been granted, the plaintiff must file a Request for Entry of Default within 10 days after the time for service has elapsed. Failure to timely file the Request for Entry of Default may result in an Order to Show Cause being issued as to why sanctions should not be imposed. The plaintiff must request default judgment on the defaulting defendants within 40 days after entry of default.

**NOTICED MOTIONS:** All regularly noticed motions will be calendared through the assigned department. Each motion date must be separately reserved and filed with appropriate fees for each motion. Motions for Summary Judgment must be identified at the time of reservation. All motions should be filed in __the Clerk's office_____.

**EX PARTE MATTERS:** All ex parte applications should be noticed for the courtroom. Ex parte appearance applications for direct set courtrooms must be filed by __8:15 a.m._____ in Room __1200__ on the day of the hearing. Ex parte appearance matters set in Dept. __F46__ (i.e., all unlawful detainers where possession is still at issue) must be noticed for Dept. __F46__ but filed at the Counter, __Lim. Civil__ Room __1200__ no later than __8:15 a.m.__ on the day of the hearing.

**UNINSURED MOTORISTS CLAIMS:** Delay Reduction Rules do not apply to uninsured motorist claims. The plaintiff must file a Notice of Designation with the Court, identifying the case as an uninsured motorist claim under Insurance Code section 11580.2.

LACIV 001 (Rev. 07/07)                  **NOTICE OF**
LASC Approved 09-04         **CASE ASSIGNMENT – LIMITED CIVIL CASE**

(            (

| | **FILED** |
|---|---|
| ***Superior Court of California, County of Los Angeles*** LOS ANGELES SUPERIOR COURT | |
| North Valley District, Chatsworth Courthouse<br>9425 Penfield Avenue, Chatsworth, CA 91311 | FEB 2 2 2013 |
| PLAINTIFF | JOHN A. CLARKE, CLERK |
| DEFENDANT | BY NANCY K. BRENT |
| **NOTICE OF ALL PURPOSE CASE ASSIGNMENT and<br>NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER<br>12AU8773 |

✱ *Amended* ✱

**Notice of Civil Assignment:**                                       **Dept. F46**

       Plaintiff/Attorney(s) for Plaintiff are hereby ORDERED to serve a copy of this Notice on all parties at the time of service of the complaint and summons.  Cross-complainants and plaintiffs-in-intervention are ordered to serve a copy on each new party brought into the case.  This case is randomly assigned to **Judge John Kralik** for all purposes, in **Department F46** of the North Valley District of this Court. All law and discovery matters must be calendared directly with the judicial assistant or court assistant in Department F46 by calling (818) 576-8430 between the hours of 9:30 a.m. to noon and from 1:30 p.m. to 4:00 p.m. Monday through Friday.

**Notice of Case Management Conference:**  All parties are ordered to appear at a Case Management Conference in **Department F46** at the courthouse address shown above at **8:30 a.m.** on

                                           **Date:**  3-18-13

       ***NOTICE:  READ PAGE 2 OF 2 FOR IMPORTANT INFORMATION**

**You are hereby notified that failure of any party to comply with these Orders may result in sanctions, including dismissal of the complaint and/or striking a pleading, such as an answer, and payment of money. This Order continues on Page 2 of 2. You are further given notice that failure to comply with the provisions of California Rules of Court, Rule 3.110 will result in the setting of an OSC re sanctions.  Please read Rule 3.110 and page 2 of this Notice, and all applicable rules and statutes mentioned.**

Dated:    FEB 2 2 2013                              **Hon. Melvin D. Sandvig, Asst. Supervising Judge**

**CERTIFICATE OF SERVICE**

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to this action and that on  FEB 2 2 2013  served the Notice of All Purpose Case Assignment and Notice of Case Management Conference upon each party or counsel named below:

☐  by personally giving the party notice upon filing of the complaint.

☒  by depositing in the United States mail at the courthouse at Chatsworth, California, one copy of the original filed herein in a separate sealed envelope to each address shown on page 2 herein with postage fully prepaid.

Date:    FEB 2 2 2013                       John A. Clarke, Executive Officer/Clerk

                                         By _____, Deputy Clerk
                                              NANCY BRENT

                     Notice of All Purpose Case Assignment and Case Management Conference

All counsel and/or self-represented parties must be fully knowledgeable on all applicable statutes, California Rules of Court ["CRC"] and all Local Rules of the Los Angeles Superior Court ["LASC"] including Chapter 7 thereof. All CRC and LASC Rules will be enforced. So please, READ THE RULES! For your convenience, some of the more significant rules are summarized below.

### Service of Complaints and Cross-Complaints  (CRC 3.110(b) and (c))

The complaint must be served on all named defendants and proofs of service on those defendants must be filed with the court within 60 days after the filing of the complaint. When the complaint is amended to add a defendant, the added defendant must be served and proof of service must be filed within 30 days after the filing of the amended complaint. A cross-complaint against a party who has appeared in the action must be accompanied by proof of service of the cross-complaint at the time it is filed. If the cross-complaint adds new parties, the cross-complaint must be served on all parties and proofs of service on the new parties must be filed within 30 days of the filing of the cross-complaint.

### Requests for Default (CRC 3.110 (g) and (h))

Requests to enter clerk's default relating to a defendant or cross-defendant who has failed to timely respond to a complaint or cross-complaint shall be filed no later than 10 days after the time has run within which said defendant or cross-defendant was to have responded. When a default is entered, the party who requested the entry of default must obtain a default judgment against the defaulting party within 45 days after entry of default, unless the Court has granted an extension of time.

### Case Management Conference Statements and Conference (CRC 3.720 – 3.730)

You are hereby given NOTICE that: No later than 30 calendar days before the date set for the Case Management Conference or review, the parties shall meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 and 3.727. No later than 15 calendar days before the date set for the Case Management Conference or review, each party must file a case management statement using Judicial Council Form CM-110, and serve it on all parties in the case. (CRC 3.725). At the case management conference, counsel and self-represented parties shall appear and be fully prepared to discuss all of the matters set forth in CRC 3.724 and 3.727, and the court may make orders concerning all of the matters set forth in CRC 3.728. At the Case Management Conference, the Court may make pretrial orders including, but not limited to, establishing a discovery schedule, reference to a form of alternate dispute resolution, RECLASSIFYING THE CASE AS A LIMITED JURISDICTION case [*Stern v. Superior Court* (2003) 105 Cal.App. 4th 223], dismissing unserved defendants, setting the case for mandatory settlement conference, final status conference, trial, and other hearings, and to achieve the goals of the Trial Court Delay Reduction Act, Govt. Code section 68600 et seq. Failure to file a CM-110, timely file a CM-110, comprehensively complete the CM-110, appear at the Case Management Conference, or effectively participate in the Case Management Conference, may result in the Court imposing sanctions (including dismissal of the action, striking of an answer, and monetary sanctions) pursuant to CRC 2.30, LASC Chapter 7, Code of Civ. Proc. sections 177.5 and 583.150, and Govt. Code section 68608(b).

### OSC   re  Sanctions:  An Order to Show cause hearing will be noticed pursuant to CRC Rule 3.110(f) for the failure to meet the time deadlines for service of the complaint and proof of service thereon. This OSC will be calendared between 70 and 85 days after the filing of the complaint unless there is service of the complaint as to all defendants and proof of service thereon filed in compliance with Rule 3.110. You are given NOTICE that at the hearing on the OSC, the Court will consider whether failure to comply with these rules will result in the issuance of sanctions, including dismissal for failure to prosecute (Code of Civ. Proc. section 583.150, Govt. Code section 68608(b), and CRC Rule 2.30) or, alternatively, why other actions should not be taken. At the hearing on the OSC the Court may (1) impose such sanctions as authorized by law and (2) make further appropriate orders regarding the preparation of the case for trial. Failure to attend the hearing on any such OSC may result in additional sanctions, including dismissal of the case. Responsive papers to such an OSC *must* be filed at least five calendar days before the hearing. See, CRC Rule 3.110(f).

Addresses for Mailing:

F. Agello
8345 Reseda Blvd. Ste. 222
Northridge CA 91324

# COURT ADR PROGRAMS

CIVIL:
- Arbitration (non-binding) (Code Civ. Proc. §§ 1141.10-1141.31, Cal. Rules of Court, rules 3.810-3.830, and Local Rules, rule 3.252 seq.)
- Mediation (Code Civ. Proc. §§ 1775-1775.15, Cal. Rules of Court, rules 3.850-3.860, 3.865-3.872 and 3.890-3.898, Evid. Code §§ 1115-1128, and Local Rules, rule 3.252 et seq.)
  - Civil Harassment Mediation
  - Eminent Domain Mediation (Code Civ. Proc. §1250.420)
  - Small Claims Mediation
- Neutral Evaluation (Local Rules, rule 3.252 et seq.)
- Settlement Conference
  - Voluntary Settlement Conference (Local Rules, rule 3.252 et seq.)
  - Retired Judge Settlement Conference

FAMILY (non-custody):
- Arbitration (non-binding) (Fam. Code § 2554 and Local Rules, rule 5.18)
- Mediation (Local Rules, rule 5.18)
- Settlement Conference
  - Forensic Certified Public Accountant (CPA)
  - Spanish Speaking Settlement Conference

PROBATE:
- Mediation
- Settlement Conference

## NEUTRAL SELECTION

Parties may select an arbitrator, mediator, or evaluator from the Party Select Panel or may hire someone privately, at their discretion. If the parties utilize the Random Select Panel, the ADR staff will assign on a random basis the name of one neutral who meets the case criteria entered on the court's website.

## COURT ADR PANELS

**Party Select Panel** The Party Select Panel consists of arbitrators, mediators, and evaluators who have achieved a specified level of experience in court-annexed cases. The parties (collectively) are charged $150.00 per hour for the first three hours of hearing time. Thereafter, parties may stipulate in writing for additional hearing time at the rate established by the neutral.

**Random Select Panel** The Random Select Panel consists of trained arbitrators, mediators, evaluators, and settlement officers who make themselves available pro bono as a way of supporting the judicial system. It is the policy of the Court that Random Select Panel neutrals provide three hours hearing time per case on a pro bono basis. Thereafter, parties may stipulate in writing for additional hearing time at the rate established by the neutral.

## ADR ASSISTANCE

For assistance regarding ADR, please contact the ADR clerk at the courthouse in which your case was filed.

| | | | | | | |
|---|---|---|---|---|---|---|
| Antonovich | 42011 4th St. West | 1st Fl. | Lancaster, CA 93534 | 661-974-7275 | 661-945-8173 | AntelopeADR@lasuperiorcourt.org |
| Chatsworth | 9425 Penfield Ave. | 3100 | Chatsworth, CA 91311 | 818-576-8565 | 818-576-8733 | ChatsworthADR@lasuperiorcourt.org |
| Compton | 200 W. Compton Blvd. | 1002 | Compton, CA 90220 | 310-603-3072 | 310-223-0337 | ComptonADR@lasuperiorcourt.org |
| Glendale | 600 E. Broadway | 273 | Glendale, CA 91206 | 818-500-3160 | 818-548-5470 | GlendaleADR@lasuperiorcourt.org |
| Long Beach | 415 W. Ocean Blvd. | 316 | Long Beach, CA 90802 | 562-491-6272 | 562-437-3802 | LongBeachADR@lasuperiorcourt.org |
| Norwalk | 12720 Norwalk Blvd. | 308 | Norwalk, CA 90650 | 562-807-7243 | 562-462-9019 | NorwalkADR@lasuperiorcourt.org |
| Pasadena | 300 E. Walnut St. | 109 | Pasadena, CA 91101 | 626-356-6885 | 626-666-1774 | PasadenaADR@lasuperiorcourt.org |
| Pomona | 400 Civic Center Plaza | 106 | Pomona, CA 91766 | 909-620-3183 | 909-629-8283 | PomonaADR@lasuperiorcourt.org |
| San Pedro | 505 S. Centre St. | 209 | San Pedro, CA 90731 | 310-519-6151 | 310-514-0314 | SanPedroADR@lasuperiorcourt.org |
| Santa Monica | 1725 Main St. | 203 | Santa Monica, CA 90401 | 310-260-1829 | 310-319-6130 | SantaMonicaADR@lasuperiorcourt.org |
| Stanley Mosk | 111 N. Hill St. | 113 | Los Angeles, CA 90012 | 213-974-5425 | 213-633-6115 | CentralADR@lasuperiorcourt.org |
| Torrance | 825 Maple Ave. | 100 | Torrance, CA 90503 | 310-222-1701 | 310-782-7926 | TorranceADR@lasuperiorcourt.org |
| Van Nuys | 6230 Sylmar Ave. | 418 | Van Nuys, CA 91401 | 818-374-2337 | 818-902-2440 | VanNuysADR@lasuperiorcourt.org |

LAADR 005 (Rev. 01-12)
LASC Adopted 10-03
For Mandatory Use
**ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION**
Cal. Rules of Court, rule 3.221
Page 2 of 2

03/05/2013  15:26  181899334577                    ROY LEGAL GROUP                           PAGE 02

MAR 05 2013    3/18

**Filed by FAX**                                        CM-110

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Frank P. Agello, Esq. (204471)<br>ROY LEGAL GROUP<br>8345 Reseda Blvd., Suite 222<br>Northridge, CA 91324<br><br>TELEPHONE NO.: (818) 993-3300     FAX NO. *(Optional):* (818) 993-4577<br>E-MAIL ADDRESS *(Optional):* ROYLEGALGROUP@gmail.com<br>ATTORNEY FOR *(Name):* Plaintiffs | FOR COURT USE ONLY<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>MAR 05 2013<br><br>John A. Clarke, Executive Officer/ Clerk<br>By _____, Deputy<br>N. Wilson |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES
STREET ADDRESS: 9425 Penfield Avenue
MAILING ADDRESS: 9425 Penfield Avenue
CITY AND ZIP CODE: Chatsworth, CA 91311
BRANCH NAME: North Valley District - Chatsworth Courthouse

PLAINTIFF/PETITIONER: PILAR MINA, ET AL.

DEFENDANT/RESPONDENT: AURORA BANK, FSB, ET AL.

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| *(Check one):*  ☐ UNLIMITED CASE<br>(Amount demanded exceeds $25,000)   ☑ LIMITED CASE<br>(Amount demanded is $25,000 or less) | 12A08773 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date:   March 18, 2013      Time:   8:30 a.m.    Dept.:  F46    Div.:          Room:

Address of court *(if different from the address above):*

☐ Notice of Intent to Appear by Telephone,  by *(name):*

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1.  **Party or parties** *(answer one):*
    a. ☐  This statement is submitted by party *(name):*
    b. ☑  This statement is submitted jointly by parties *(names):* Plaintiffs, MINA PILAR and ROY DIPANKAR

2.  **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
    a. ☐  The complaint was filed on *(date):* November 20, 2012
    b. ☐  The cross-complaint, if any, was filed on *(date):*

3.  **Service** *(to be answered by plaintiffs and cross-complainants only)*
    a. ☐  All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
    b. ☑  The following parties named in the complaint or cross-complaint
        (1) ☑  have not been served *(specify names and explain why not):*
             Aurora Bank FSB, Aurora Commercial Services, Nationsar Mortgage LLC, Selene Finance LP
        (2) ☐  have been served but have not appeared and have not been dismissed *(specify names):*
        (3) ☐  have had a default entered against them *(specify names):*
    c. ☑  The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*
             DOES 4 through 100

4.  **Description of case**
    a.  Type of case in  ☑ complaint       ☐ cross-complaint     *(Describe, including causes of action):*
        THREE (3) Causes of Action: 1. Violation of California Civil Code Section 1785.31, Et. Seq., 2. Negligence, 3. Civil
        Liability for Negligent Noncompliance Violation of U.S.C. Section 1681.

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-110 [Rev. July 1, 2011] | **CASE MANAGEMENT STATEMENT** | Page 1 of 5<br>Cal. Rules of Court,<br>rules 3.720-3.730<br>www.courts.ca.gov |

www.accesslaw.com

CM-110

| PLAINTIFF/PETITIONER: PILAR MINA, ET AL. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: AURORA BANK, FSB, ET AL. | 12A08773 |

4.  b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*
Plaintiff Dipankar Roy (hereinafter, "ROY") and Plaintiff Pilar Mina (hereinafter, "MINA") have combined three accounts with Defendants Aurora Bank, FSB, Aurora Commercial Services, Lehman Brothers, and DOES 1-3, in which Plaintiffs send their mortgage payments due on the first (1st) of each month and a grace period until the sixteenth (16th) of each month. Defendants have internal problems regarding checks that Plaintiffs sent. Plaintiffs have suffered damages and bad credit scores due to Defendant's negligence.

☐  *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**
The party or parties request  ☑ a jury trial.  ☐ a nonjury trial.  *(if more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
a.  ☐  The trial has been set for *(date):*
b.  ☑  No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.  **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.  ☑  days *(specify number):* TWO (2)
b.  ☐  hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial  ☑ by the attorney or party listed in the caption  ☐ by the following:
a.  Attorney:
b.  Firm:
c.  Address:
d.  Telephone number:
e.  E-mail address:
☐  Additional representation is described in Attachment 8.
f.  Fax number:
g.  Party represented:

9.  **Preference**
☐  This case is entitled to preference *(specify code section):*

10.  **Alternative dispute resolution (ADR)**
a.  **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
(1)  For parties represented by counsel: Counsel  ☑ has  ☐ has not  provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
(2)  For self-represented parties: Party  ☑ has  ☐ has not  reviewed the ADR information package identified in rule 3.221.
b.  **Referral to judicial arbitration or civil action mediation** (if available).
(1)  ☐  This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
(2)  ☐  Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
(3)  ☐  This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

03/05/2013  15:26   18189934577          ROY LEGAL GROUP                    PAGE  04

**CM-110**

| PLAINTIFF/PETITIONER: PILAR MINA, ET AL. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: AURORA BANK, FSB, ET AL. | 12A08773 |

10.  c.  Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing to** participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case have agreed to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☑ | ☑ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☑ | ☑ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Page 3 of 6

**CM-110**

| PLAINTIFF/PETITIONER: PILAR MINA, ET AL. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: AURORA BANK, FSB, ET AL. | 12A08773 |

**11. Insurance**
a. ☐ Insurance carrier, if any, for party filing this statement *(name):*
b. Reservation of rights: ☐ Yes   ☐ No
c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**
Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
☐ Bankruptcy   ☐ Other *(specify):*
Status:

**13. Related cases, consolidation, and coordination**
a. ☐ There are companion, underlying, or related cases.
(1) Name of case:
(2) Name of court:
(3) Case number:
(4) Status:
☐ Additional cases are described in Attachment 13a.
b. ☐ A motion to   ☐ consolidate   ☐ coordinate   will be filed by *(name party):*

**14. Bifurcation**
☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**
☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

**16. Discovery**
a. ☐ The party or parties have completed all discovery.
b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| PLAINTIFFS | ALL WRITTEN DISCOVERIES<br>ALL DEPOSITIONS | MAY 2013 -<br>SEPT 2013 |

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

|  | CM-110 |
|---|---|

| PLAINTIFF/PETITIONER: PILAR MINA, ET AL. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: AURORA BANK, FSB, ET AL. | 12A08773 |

**17. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

**20. Total number of pages attached** *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date:        March 5, 2012

Frank P. Agello, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

CM-110 [Rev. July 1, 2011]                    **CASE MANAGEMENT STATEMENT**                    Page 3 of 5

```
SUPERIOR COURT OF THE STATE OF CALIFORNIA          FOR COURT USE ONLY
N. VALLEY DISTRICT-CHATSWORTH COURT
COUNTY OF LOS ANGELES                                    F I L E D
LIMITED JURISDICTION CIVIL, ROOM 1200               SUPERIOR COURT
9425 PENFIELD AVE., CHATSWORTH, CA 91311
                                                        3/22/13

PLAINTIFF: MINA, PILAR
            VS.                                    JOHN A. CLARKE, CLERK
DEFENDANT: AURORA BANK FSB

NOTICE OF REASSIGNMENT OF CASES                       CASE NUMBER
                                                       12A08773
```

Effective  4/22/13, this case is assigned to Department  77 at the STANLEY MOSK Courthouse located at 111 N. HILL ST., LOS ANGELES, CA 90012

All hearings and trial dates remain the same, but will be heard in this new Department.

For the purpose of filing a CCP 170.6 motion, the judicial officers assigned to the Department will be posted on the Court's website at www.lasuperiorcourt.org. The judicial officers will generally hear all matters up to trial and then normally reassign the case to a master calendar department for trial assignment.

IT IS FURTHER ORDERED that the plaintiff and counsel for the plaintiff are directed to give notice of this NOTICE OF REASSIGNMENT OF CASES by serving a copy on all parties to this action within 10 days of service of this Notice by the court, and file proof of service thereof within 12 days of this Notice. Failure to timely give notice and file proof of service may lead to imposition of sanctions pursuant to Code of Civil Procedure Section 177.5 or otherwise.

<u>CERTIFICATE OF SERVICE</u>

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the <u>Notice of Reassignment of Cases</u> upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in <u>CHATSWORTH</u>          California, one copy of the original filed/entered herein in a separate sealed envelope tp each address as shown below with the postage thereon fully prepaid, in accordance with standard court pratices.


AGELLO, FRANK PHILLIP
8345 RESEDA BLVD STE 222
NORTHRIDGE, CA 91324-5933


Dated:  3/29/13          John A. Clarke, Executive Officer/Clerk


NOTICE OF CASE REASSIGNMENT OF CASES

| | |
|---|---|
| SUPERIOR COURT OF THE STATE OF CALIFORNIA, N. VALLEY DISTRICT-CHATSWORTH COURT COUNTY OF LOS ANGELES | FOR COURT USE ONLY |
| COURTHOUSE ADDRESS: 9425 PENFIELD AVENUE CHATSWORTH, CA 91311-0000 | F I L E D SUPERIOR COURT 3/18/13 |
| PLAINTIFF: MINA, PILAR DEFENDANT: AURORA BANK FSB | JOHN A. CLARKE, CLERK |
| CASE MANAGEMENT MINUTE ORDER | |
| CASE TYPE: TORT | CASE #:  12A08773 |

RONNA STONEBRAKER        ,Deputy Clerk

Case Management Conference not held. The Court issues the following Case Management Order:

Appearances:
For the Plaintiff: AGELLO, FRANK PHILLIP
For the Defendant: NO APPEARANCE

Case Management Conference

    The case management conference is continued to  5/21/13 at  8:30 A.M. in Department F46

    Notice is given by Plaintiff.

# EXHIBIT 2

1  **WRIGHT, FINLAY & ZAK, LLP**
   GWEN H. RIBAR (SBN 188024)
2  RUBY J. CHAVEZ (SBN 267405)
   4665 MacArthur Court, Suite 200
3  Newport Beach, CA 92660
   Telephone: (949) 477-5050
4  Facsimile: (949) 608-9142
   Email: gribar@wrightlegal.net
5  Email: rchavez@wrightlegal.net

6  Attorneys for Defendant
   SELENE FINANCE LP

7

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11  PILAR MINA and DIPANKAR ROY,          Case No.

12              Plaintiffs,
                                          **CONSENT TO REMOVAL**
13
    v.
14
                                          [Los Angeles County Superior Court
15  AURORA BANK, FSB; AURORA              Case No. 12A08773]
    COMMERCIAL SERVICES, a division of
16  AURORA BANK, FSB, Form Unknown;
    and DOES 1 through 100 inclusive,     Complaint Filed:  November 20, 2012
17                                         Trial Date:       None
              Defendants.
18

19

20  **TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

21        Defendant Selene Finance LP consents to defendants Aurora Bank FSB and

22  Nationstar Mortgage LLC's removal of this case to this Court.

23  Dated: April 23, 2013              **WRIGHT, FINLAY & ZAK, LLP**

24                                     By: _____
                                           Gwen H. Ribar
25                                         Ruby Chavez
                                       Attorneys for Defendant
26                                     SELENE FINANCE LP

27  ────────────────────
          [1] Plaintiffs have filed three DOE amendments purporting to name Nationstar Mortgage LLC,
28  Nationstar Mortgage Properties, LLC and Selene Finance LP.  They have not, however, amended the
    caption.
    {26284350;1}
                                          1
                               **CONSENT TO REMOVAL**                      CASE NO. TBD

**PROOF OF SERVICE**

 I am employed in the City and County of Denver, State of Colorado.  I am over the age of 18 and not a party to the within action.  My business address is 1400 Wewatta Street, Suite 500, Denver, Colorado 80202.

 On **April 24, 2013**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT BASED ON FEDERAL QUESTION JURISDICTION**

Frank P. Agello, Esq.
ROY LEGAL GROUP
8345 Reseda Boulevard, Suite 222
Northridge, CA 91324
Telephone:  (818) 993-3300
Facsimile:  (818) 993-4577
Email: roylegalgroup@gmial.com
*Attorneys for Plaintiffs*

Gwen H. Ribar, Esq.
Ruby J. Chavez, Esq.
WRIGHT, FINLAY & ZAK, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone:  (949) 477-5050
Facsimile:  (949) 608-9142
Email: gribar@wrightlegal.net
Email rchavez@wrightlegal.net
*Attorneys for Defendant Selene Finance LP*

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Denver, Colorado.

☒ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service.  A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

{26283156;1}

CASE NO. TBD

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐ (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **April 24, 2013**, at Denver, Colorado.


_____              _____
      Toni Domres                                (Signature)
   (Type or print name)

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342



**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| PILAR MINA and DIPANKAR ROY | AURORA BANK, FSB; AURORA COMMERCIAL SERVICES, a division of AURORA BANK, FSB, Form Unknown; and DOES 1 through 100 inclusive |
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Frank P. Agello, ROY LEGAL GROUP<br>8345 Reseda Boulevard, Suite 222; Northridge, CA 91324<br>Telephone: (818) 993-3300 | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Justin D. Balser, AKERMAN SENTERFITT LLP<br>725 South Figueroa Street, 38th Floor, Los Angeles, CA 90017<br>Telephone: (213) 688-9500 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding
☒ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ MONEY DEMANDED IN COMPLAINT: $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Plaintiffs allege wrongdoing in connection with their loan under state and federal law. 15 U.S.C. § 1681o (FCRA)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:**<br>☐ 463 Alien Detainee | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 510 Motions to Vacate Sentence | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY**<br>☐ 310 Airplane | **PERSONAL PROPERTY**<br>☐ 370 Other Fraud | **Other:**<br>☐ 540 Mandamus/Other | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 550 Civil Rights | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 555 Prison Condition | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 340 Marine | **BANKRUPTCY** | **FORFEITURE/PENALTY** | ☐ 865 RSI (405 (g)) |
| ☒ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **FEDERAL TAX SUITS** |
| ☒ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: **CV13-02883**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:**  Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b).  RELATED CASES:**  Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Colorado, Texas |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____   DATE: April 24, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

1

## PROOF OF SERVICE

2       I am employed in the City and County of Denver, State of Colorado.  I am over

3   the age of 18 and not a party to the within action.  My business address is 1400 Wewatta Street, Suite 500, Denver, Colorado 80202.

4       On **April 24, 2013**, I served the following documents by placing a true copy

5   thereof in a sealed envelope(s) on the persons below as follows:

6

## CIVIL CASE COVER SHEET

7   Frank P. Agello, Esq.                     Gwen H. Ribar, Esq.

8   ROY LEGAL GROUP                           Ruby J. Chavez, Esq.
    8345 Reseda Boulevard, Suite 222          WRIGHT, FINLAY & ZAK, LLP

9   Northridge, CA 91324                      4665 MacArthur Court, Suite 200

10  Telephone:  (818) 993-3300                Newport Beach, CA 92660
    Facsimile:  (818) 993-4577                Telephone:  (949) 477-5050

11  Email: roylegalgroup@gmial.com            Facsimile:  (949) 608-9142
    *Attorneys for Plaintiffs*                Email: gribar@wrightlegal.net

12                                            Email rchavez@wrightlegal.net

13                                            *Attorneys for Defendant Selene Finance LP*

14

15  ☐   (MAIL) I placed the envelope for collection and mailing, following our
        ordinary business practices.  I am readily familiar with this firm's practice

16      for collecting and processing correspondence for mailing.  On the same day
        that correspondence is placed for collection and mailing, it is deposited in

17      the ordinary course of business with the United States Postal Service, in a
        sealed envelope with postage fully prepaid.  I am a resident or employed in

18      the county where the mailing occurred.  The envelope or package was
        placed in the mail at Denver, Colorado.

19  ☒   (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly
        maintained by Federal Express , an express service carrier, or delivered to a

20      courier or driver authorized by said express service carrier to receive
        documents, a true copy of the foregoing document in sealed envelopes or

21      packages designated by the express service carrier, addressed as stated
        above, with fees for overnight delivery paid or provided for.

22
    ☐   (MESSENGER SERVICE) I served the documents by placing them in an
23      envelope or package addressed to the persons at the addresses listed and
        provided them to a professional messenger service for service.  A separate

24      Personal Proof of Service provided by the professional messenger service
        will be filed under separate cover.

25
    ☐   (FACSIMILE) I faxed the documents to the persons at the fax numbers
26      listed. No error was reported by the fax machine that I used. A copy of the
        record of the fax transmission, which I printed out, is attached.

27

28

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

{23973394;1}

CASE NO. TBD

☐   (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐   (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **April 24, 2013**, at Denver, Colorado.

|  |  |
|---|---|
| Toni Domres | *(signature)* |
| (Type or print name) | (Signature) |

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

{23973394;1}

CASE No. TBD