Frank P. Agello, Esq. (204471)
ROY LEGAL GROUP
8345 Reseda Boulevard, Suite 222
Northridge, CA 91324
Tel: (818) 993-3300 | Fax: (818) 993-4577
E-Mail: roylegalgroup@gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PILAR MINA and DIPANKAR ROY,<br><br>Plaintiff(s),<br>v.<br>AURORA BANK, FSB; AURORA COMMERCIAL SERVICES, a division of AURORA BANK, FSB, Form Unknown; and DOES 1 through 100 inclusive,<br>Defendant(s). | CASE NUMBER<br><br>2:13-CV-02883-DDP-CW<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

August 30, 2013                         [signature]
_____                    _____
Date                                Signature of Attorney/Party

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*